**Maggie HELTON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 25, 1955.

Cornette & White, Harlan, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This case is before us on appeal from a judgment fining the appellant $100 and sentencing her to 30 days in jail for the offense of keeping or having in her possession intoxicating liquor for sale in dry territory.

Finding no prejudicial error, the judgment is affirmed.

HOGG, J., not sitting.

**C. F. BROWN et al., Appellants,**

v.

**Raymond W. PACE et al., d/b/a Bluegrass Distributing Co., Appellees.**

Court of Appeals of Kentucky.

March 25, 1955.

Buckley & Breckinridge, Leer Buckley, Lexington, for appellant.

Robin Griffin, Lexington, for appellees.

PER CURIAM.

Motion for an appeal from a judgment of the Fayette Circuit Court, Honorable Joseph J. Bradley, Judge, for $450, with interest awarded appellees.

We have considered the entire record and have found no error prejudicial to appellants' substantial rights.

The motion for an appeal is overruled and the judgment is affirmed.